# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | No. **CR-24-146-R** |
| | ) | |
| **CHONG IU PHU,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## GOVERNMENT'S PROPOSED SCHEDULING ORDER

Pursuant to the Joint Motion to Continue (Doc. 242), the United States respectfully requests that upon the issuance of the Tenth Circuit's mandate in Defendant Matthew Alan Stacy's appeal, the Court set this matter for trial on the second upcoming trial docket. The United States submits the following proposed deadlines for outstanding motions:

| No. | Deadline | Event |
|---|---|---|
| 1 | 21 days before trial | 404(b) Notices |
| 2 | 21 days before trial | Expert Disclosures |
| 3 | 14 days before trial | Motions in Limine |
| 4 | 14 days before trial | Objections to Proposed Experts |
| 5 | 7 days before trial | Responses to Motions in Limine |
| 6 | 7 days before trial | Daubert Hearing (if needed) |
| 7 | 7 days before trial | Proposed Jury Instructions |
| 8 | Thursday before trial | Production by the parties of their exhibit lists and exhibits. |

| 9  | Thursday before trial | Production by government of *Giglio* or Jencks Act (18 U.S.C. §3500) material not previously produced. |
| 10 | Friday before trial   | Objections to Jury Instructions |

Respectfully submitted,

s/Nick Coffey
Nick Coffey, OBA #32754
Elizabeth Bagwell, DC #1780082
Assistant U.S. Attorney
210 Park Ave., Suite 400
Oklahoma City, OK 73102
Telephone: 405.553.8750
Facsimile: 405.553.8888
Email: nicholas.coffey2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants appearing in this case.

s/ Nick Coffey
Assistant United States Attorney